1
2
3
4
5
6
7
8
9
10                    IN THE UNITED STATES DISTRICT COURT

11                       FOR THE DISTRICT OF ARIZONA

12    UNITED STATES OF AMERICA,              )
13                          Plaintiff,       )        No. CR 07-1204-TUC-DCB (CRP)
14    vs.                                    )
15                                           )        REPORT AND RECOMMENDATION
16                                           )
      DAVID F. THACKER, et. al.,             )
17                          Defendants.      )
18    _____)

19          Defendant Ramirez-Gonzalez filed a Motion to Sever Co-Defendants for Trial (Doc

20    65) because the co-defendants' statements implicated him in criminal conduct.  Defendants

21    Marcia Augustine and Danielle Moore joined in the Motion.  (Docs 66, 81, 92).

22          The Government acknowledges the statements create a confrontation clause issue, but

23    asserts that with proper redactions and a limiting jury instruction, the case need not be

24    severed.  The Government concedes that its first proposed redactions were inadequate.  The

25    Government subsequently submitted Government's Second Proposed Redacted Statements.

26    (Doc 88).  Additionally, Defendants Ramirez-Gonzalez and Augustine submitted proposed

27    redactions.  (Docs 86, 90).

28          In *Bruton v. United States*, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 (1968), the

1  Court held that the Constitution prohibits the use of one defendant's confession that
2  incriminates another defendant in a joint trial.   Later, the Court held that replacing a
3  defendant's name with the word "deleted" or a "blank" was still in violation of the *Bruton*
4  doctrine because "this confession refers directly to the 'existence' of the non-confessing
5  defendant." *Gray v. Maryland*, 523 U.S. 185, 192, 118 S.Ct. 1151, 1155, 140 L.Ed.2d 294
6  (1998).

7  Attached to this Report and Recommendation is a copy of the Government's Second
8  Proposed Redactions with this Court's recommended additional redactions added in red. The
9  Court is not going to explain each additional redaction individually, but will explain the
10 guidelines the Court followed.

11 In many places, the offending pronoun was "we".   Often the Government
12 appropriately redacts "we" and replaces it with "I".  On other occasions the Government
13 redacts "we" without any substitution.  The remaining transcript makes no sense without a
14 pronoun, and forces the jury to speculate what the appropriate pronoun would be. *See* i.e.,
15 Exhibit 3, Statement of Danielle Moore, p. 14, ll. 23-24.

16 In some passages, no change of pronoun or other substitution would correct the
17 problem of incriminating co-defendants. *See* i.e., Exhibit 1, Statement of David Thacker, p.
18 2, ll. 20-22.

19 On other occasions, the correction or substitution to an agent's question is
20 unnecessary, because the question is never intelligibly answered on the tape.  Therefore,
21 beyond *Bruton* considerations, the passage is not probative or relevant.  Rule 401,
22 Fed.R.Evid. *See* i.e., Exhibit 1, Statement of David Thacker, p. 3, l. 17; p. 4, l. 2.

23 In addition to the term "we", the term "guys" or "you guys" can implicate co-
24 defendants. *See* i.e., Exhibit 1, p 5, l. 11.

25 In the Statement of Danielle Moore, there are several references to people asking
26 Danielle to lie about where she has been if stopped by Border Patrol.  Exhibit 3, p. 9, ll. 12-
27 14; p. 11, ll. 17-20; p. 13, ll. 9-11.  In the context of this case, it is unavoidable that a
28 factfinder would conclude that one of the co-defendants told Ms. Moore to lie.  The same

1    inference would be made for the comments at Exhibit 3, p. 16, ll. 10-12; Exhibit 4, Statement

2    of Kevin Henderson, p. 6, ll. 9-14; Exhibit 5, Statement of Margaret Shackleton, p . 7, ll. 20-

3    25.

4          Finally, in the Statement of Danielle Moore, p. 6, ll. 7-10, the pronoun "they" cannot

5    be deleted or substituted without either implicating the co-defendants or completely changing

6    the meaning of the response.

7          **RECOMMENDATION**

8          It is the Report and Recommendation of this Court that the District Judge, after his

9    independent review and analysis, DENY the Motions to Sever Co-Defendants, subject to the

10   Court ordered redactions to the statements as recommended in the attachment. (Docs 65, 66,

11   81, 92).

12         The Clerk of the Court shall provide each party with a redlined color copy of the

13   Government's Second Proposed Redacted Statements.

14         Pursuant to 28 U.S.C. § 636(b), any party may serve and file written objections within

15   ten days of being served with a copy of the Report and Recommendation.  If objections are

16   not timely filed, they may be deemed waived.  The parties are advised that any objections

17   filed are to be identified with the following case number: **cr-07-1204-DCB**.

18         DATED this 3rd day of September, 2008.

19

20

21   **CHARLES R. PYLE**

22   **UNITED STATES MAGISTRATE JUDGE**

23

24

25

26

27

28

# ATTACHMENT 1

1  DIANE J. HUMETEWA
   United States Attorney
2  District of Arizona
   Shelley K.G. Clemens
3  Assistant United States Attorney
   United States Courthouse
4  405 W. Congress, Suite 4800
   Tucson, Arizona  85701
5  shelley.clemens@usdoj.gov
   Telephone: (520) 620-7300
6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF ARIZONA

9

10  UNITED STATES OF AMERICA,            CR-07-1204-TUC-DCB (CRP)

11              Plaintiff,

12         v.                            GOVERNMENT'S SECOND
                                         PROPOSED REDACTED
13  David F. Thacker,                    STATEMENTS.
    Marcia Augustine,
14            aka Marcia Ramirez
    Danielle Moore
15  Kevin Earl Henderson,
    Margaret Jean Shackleton,
16  Julio Alsonso Ramirez-Gonzalez

17              Defendants.

18

19

20

21       Plaintiff, United States of America, by and through its attorneys undersigned, pursuant

22  to the court's ruling on August 4, 2008, hereby submits its second set of proposed redacted

23  statements of defendants Thacker (exhibit 1), Augustine (exhibit 2), Moore (exhibit 3),

24  Henderson (exhibit 4), and Shackleton (exhibit 5).  The government has struck through those

25  lines that directly reference the other co-defendants, or would indirectly infer involvement or

26

1   the presence of the co-defendants.   The government has also insert benign pronouns to take

2   the place of co-defendant's names and to replace words such as "we" or "us" with "me" or "I",

3   in order for the statements to be fluid and to reference only the involvement of the individual

4   defendant who is being questioned.

5          WHEREFORE, the United States respectfully requests that this Honorable Court enter

6   an Order denying defendants Augustine and Ramirez's motions to sever.

7          RESPECTFULLY SUBMITTED this 8th day of August, 2008.

8                                          DIANE J. HUMETEWA
9                                          United States Attorney
                                           District of Arizona
10
                                           s/Shelley K.G. Clemens
11
                                           Shelley K.G. Clemens
12                                         Assistant U.S. Attorney

13
     Copy of the foregoing delivered electronically or otherwise on the
14   8th day of August, 2008, to:

15   Phillip Kimble, Esq.
     Attorney for defendant Thacker
16
     Harold Higgins, Esq.
17   Attorney for defendant Augustine

18   Heather Williams, Esq.
     Attorney for defendant Moore
19
     Laura Udall, Esq.
20   Attorney for defendant Henderson

21   Fernando Gaxiola, Esq.
     Attorney for defendant Shackleton
22
     Ralph Malanga, Esq.
23   Attorney for defendant Ramirez-Gonzalez

24

25

26
                                          2

# Exhibit 1

TRANSCRIPT OF RECORDED INTERVIEW

BETWEEN AGENT FERNANDEZ AND DAVID THACKER

# ORIGINAL

BY:   ELIZABETH M. POPE, Notary Public

UNITED COURT REPORTERS, INC.
Court Reporting Service
(520) 792-2600 or (800) 759-9075

CONFERENCE ROOMS:
Suite 200
177 North Church Avenue

MAILING ADDRESS:
P.O. Box 17507
Tucson, Arizona 85731

UNITED COURT REPORTERS, INC.
Serving all of Arizona  (520) 792-2600
Case 4:07-cr-01204-DCB-CRP   Document 88-2   Filed 08/08/2008    Page 2 of 11

1          INTERVIEW OF DAVID THACKER

2

3    BY AGENT FERNANDEZ:

4        Q     The following is David, given by David

5    Thacker in the presence of border patrol Agent

6    Fernandez and Border Patrol Agent Sandez.

7    Mr. David was involved, was involved participant in

8    an alien smuggling case that happened on May 30th,

9    2007.  The date now is May 31st, 2007, and the time

10   is 3:28 a.m.

11            Sir, would you state your name for the

12   record, please, your full name.

13       A     Yeah, David Frederic Thacker.

14       Q     And when were you born?

15       A     August 22nd, 1972.

16       Q     And are you a United States citizen?

17       A     Yes, I am.

18       Q     Would you mind telling us from the

19   beginning how -- what happened today?

20       A     On the 30th, in the morning, we were just

21   talking about heading over and bringing some people

22   across the border.

23       Q     Whose idea was it?  Did it just come out of

24   the blue or how did (unintelligible)?

25       A     Julio was the person that was like the

1    ~~leader.~~   ~~And he had talked us into it and I just~~

2    ~~gave him (unintelligible)~~.
                                                       another
3      ~~Q    So you offered your vehicles so that Julio~~

4    ~~could do his business?~~

5      ~~A    (Unintelligible.)~~
                          Someone
6      Q    Okay.  So ~~Julio~~ came up with this idea.  You

7    ~~guys all~~ agreed.  And then what happened on the --

8    how did it develop?
                    I
9      A    ~~We all~~ jumped in the car and drove down
                                                       I was
10   there (unintelligible) across the border.  ~~We were~~

11   there a couple of hours, an hour or two.

12     Q    Where did you go when you crossed the

13   border to Mexico?
             I  w
14     A    ~~We w~~ent to see a guy named Chuy
                                                       so
15   (unintelligible).  At first ~~we~~ (unintelligible), ~~so~~
       I
16   ~~we~~ went to the taco shop. (Unintelligible.)

17     ~~Q    She just talked with this individual named~~

18   ~~Chuy at the hotel room or did he go to the taco~~

19   ~~shop?~~

20     ~~A    (Unintelligible).~~

21     ~~Q    On the telephone?  You don't happen to~~

22   ~~know, was it face to face?  You then met with him~~

23   ~~in person (unintelligible)?~~

24     ~~A    (Unintelligible.)~~

25     ~~Q    Just everything was done~~ over the phone or

1    ~~you guys meet with him?~~

2        A    ~~(Unintelligible) the taco stand.~~

3        Q    Okay.  So you met Chuy at the taco shop,

4    and then what happened.  What were the plans or

5    arrangement that he told you ~~guys~~ to do?

6        A    He said I have this many people.

7        Q    How many did he say?

8        A    Ten or eleven.  (Unintelligible).

9        Q    You did have two vehicles (unintelligible).

10        A    Yeah.

11        Q    What all did he say?

12        A    Said (unintelligible) just telling me how

13    many people (unintelligible).

14        Q    How much did he promise you?

15        A    (Unintelligible).

16        Q    What happened after that?

17        A    (Unintelligible).  Where to cross

18    (unintelligible).

19        Q    Why didn't you just put the

20    (unintelligible).

21        A    At first he said (unintelligible).  So ~~we~~ I

22    went to the other place, somewhere at

23    (unintelligible).  ~~We~~ I didn't see his truck over

24    there.  (Unintelligible).

25        Q    What kind of truck was he driving?

```
1        A     It's a burgundy Expedition.

2    (Unintelligible).   They're like 20 inch rims

3    (unintelligible).

4        Q     Now, was this - these hotels, were they

5    like in the center (unintelligible) south or was it

6    like on the outskirts?

7        A     I don't remember (unintelligible) when she

8    crossed the (unintelligible) when you go in there's

9    a hotel on the right (unintelligible).

10        Q     So he told you that he had 10 -- about 10

11    or 11 people there to cross and you guys

12    (unintelligible).

13        A     (Unintelligible) restaurant

14    (unintelligible).

15        Q     How do you know?

16        A     Because (unintelligible).

17        Q     (Unintelligible).   You don't know how he

18    found out?

19        A     (Unintelligible), he gets (unintelligible),

20    so he gets a taxi (unintelligible).

21        Q     So once you guys got across, what happened?

22        A     Like two minutes we got pulled over.

23        Q     What was the plan, though?  You got back,

24    you went to the restaurant.  You were inside the

25    restaurant what, 10 minutes, 15 minutes?
```

1    A    Yeah. (Unintelligible).

2    Q    So you got back?

3    A    There were two guys, (unintelligible).

4    Q    And you ~~guys~~ just, ~~everybody~~ went out,

5    ~~Danielle, Kevin,~~ ~~you guys?~~

6    A    (Unintelligible) officer ordered some food

7    (unintelligible).

8    Q    Border patrol agent or --

9    A    He asked for sour cream and didn't have the

10   sour cream (unintelligible).

11   Q    Did the guy (unintelligible) in blue

12   uniforms?

13   A    The Customs guys (unintelligible).

14   Q    Now, did you feel like hot there sitting in

15   the back with four other illegal aliens?

16   A    It was hot (unintelligible).

17   Q    How do you sit in the back?

18   A    Very cramped.

19   Q    Were you uncomfortable or (unintelligible).

20   A    (Unintelligible).

21   Q    How were you ~~guys~~ going to get through the

22   border Patrol checkpoint on 85?

23   A    (Unintelligible).

24   Q    I-10 to I-80?

25   A    (Unintelligible).

UNITED COURT REPORTERS, INC.
Case 4:07-cr-01204-DCB-CRP   Serving Southern Arizona   (520) 720-0000   Filed 08/08/2008   Page 7 of 11

Document 88-2

```
 1        Q    But the purpose was to take State Route 86
 2   in order to avoid the checkpoint because the
 3   checkpoint is obviously going to Ajo,
 4   (unintelligible).  Who told you to do that?
 5        A    Chuy.
 6        Q    Chuy?
 7        A    (Unintelligible).
 8        Q    (Unintelligible).  Did you see any of the
 9   other people that were in your vehicle or in the
10   Durango in Mexico?  Did you meet them
11   (unintelligible).
12        A    I was (unintelligible).
13        Q    Did you make any contact with the people
14   that were in the vehicle.  In the Lincoln car prior
15   to them being in -- like when you were in Mexico,
16   did you make contact with any of them that were in
17   the Lincoln with you or in the Durango?
18        A    (Unintelligible) first time I saw them.
19        Q    Never seen them before.  Okay.
20             You made contact with them.  Did you talk
21   to them?
22        A    I just (unintelligible).
23        Q    At one point you said Julio
24   (unintelligible).  Does he know Chuy?
25        A    (Unintelligible).
```

1    Q    Do you know if Julio has done this before,

2    gone down and picked up groups and

3    (unintelligible), illegal aliens?

4    A    Julio (unintelligible).

5    Q    Julio.

6    A    (Unintelligible) talked sounded pretty

7    knowledgeable (unintelligible).

8    Q    You said in the past you had come down one

9    more time.  And when was this?

10    A    A few years ago (unintelligible).

11    Q    You guys take anybody (unintelligible)?

12    A    (Unintelligible).

13    Q    (Unintelligible).

14    A    I'm sorry?

15    Q    What were you driving?

16    A    (Unintelligible) Durango.

17    Q    (Unintelligible) same (unintelligible) 86,

18    I-10?

19    A    (Unintelligible).

20    Q    Did you guys all come down or was it just

21    you and --

22    A    No, that was my first time.

23    Q    And it was just you and your wife that one

24    time? (Unintelligible).

                       And others
25    A    And her sister and Julio.

1    Q    So Julio came down as well?

2    A    (Unintelligible).

3    Q    And you guys picked up four or five and

4    then (unintelligible).  You guys had them lay down

5    in the back of the Durango or --

6    A    In the back seat (unintelligible).

7    Q    So Julio has basically been here every time

8    you guys come down or somebody comes down?

9    A    Yes.

10   Q    Okay.  Anything else you want to add?

11   A    (Unintelligible).

12   Q    It's up to you.

13   A    (Unintelligible).

14   Q    Okay. This concludes the statement.   The

15   time is now 3:41 p.m. -- a.m.   3:41 a.m.

16

17              (End of Audio file).

18

19

20

21

22

23

24

25

1    STATE OF ARIZONA)

2                           ) SS:

3    COUNTY OF PIMA   )

4

5         BE IT KNOWN that I, ELIZABETH M. POPE, a

6    Notary Public in and for the State of Arizona,

7    listened to and transcribed the taped interview of

8    DAVID THACKER, and the foregoing pages contain a

9    full, true and accurate transcription of said tape

10   to the best of my ability.

11        I FURTHER CERTIFY that I am not of counsel

12   nor attorney for either or any of the parties to

13   said cause or otherwise interested in the event

14   thereof; and that I am not related to either or any

15   of the parties to said cause.

16        Dated this 15TH day of November, 2007.

17

18                                        Elizabeth M. Pope
                                          Notary Public
19                                        Pima County, Arizona
     ELIZABETH M. POPE                    My Comm. Expires 2-25-2008

20   Notary Public

21

22

23

24

25

UNITED COURT REPORTERS, INC.
Serving all of Arizona   (520) 792-8908
Case 4:07-cr-01204-DCB-CRP   Document 88-2   Filed 08/08/2008   Page 11 of 11

# Exhibit 2

TRANSCRIPT OF RECORDED INTERVIEW

BETWEEN AGENT FERNANDEZ AND MARCIA AUGUSTINE

# ORIGINAL

BY:   ELIZABETH M. POPE, Notary Public

UNITED COURT REPORTERS, INC.
Court Reporting Service
(520) 792-2600 or (800) 759-9075

| CONFERENCE ROOMS: | MAILING ADDRESS: |
|---|---|
| Suite 200 | P.O. Box 17507 |
| 177 North Church Avenue | Tucson, Arizona 85731 |

UNITED COURT REPORTERS, INC.
Serving all of Arizona  (520) 792-2600
Case 4:07-cr-01204-DCB-CRP   Document 88-3   Filed 08/08/2008   Page 2 of 22

```
1                    INTERVIEW OF MARCIA AUGUSTINE

2

3      BY AGENT FERNANDEZ:

4         Q     The following is a statement given by Marcia

5      Augustine in a case where she was apprehended as an at

6      fault participant in alien smuggling.   (Unintelligible.)

7              The date is May 31st, 2007.   Time is now

8      1:31 p.m. -- a.m., 31 am.   Statement is given the

9      witnesses to Border Patrol Agent Fernandez and Border

10     Patrol Agent Sandez.

11             Before we ask you any questions, Marcia, you just

12     understand your rights.   You have the right to remain

13     silent.   Anything you say can be used against you in

14     court for any immigration or administrative proceeding.

15     You have the right to talk to a lawyer for advice before

16     we ask you any questions, and to have them with you

17     during questioning.   If you cannot afford a lawyer, one

18     will be appointed for you before any questioning if you

19     wish.   If you decide to answer questions now without that

20     lawyer present, you still have the right to stop

21     answering at any time.   You also have the right to stop

22     answering at any time until you talk to a lawyer.   Do you

23     understand your rights?

24        A     Yes.

25        Q     Are you willing to make a statement and answer
```

```
 1    questions at this time without the presence of a

 2    lawyer?

 3        A    Yes.

 4        Q    You are willing to answer questions?

 5        A    Yes.

 6        Q    You understand that no promises or threats

 7    -- or you do concur that no promise or threats have

 8    been made to you (unintelligible)of any kind has

 9    been used against you, is that correct?

10        A    (Unintelligible).

11        Q    (Unintelligible.)  Okay.

12             So, please state your name, please, for the

13    record?

14        A    Marcia.

15        Q    Marcia.  Full name.

16        A    Augustine.

17        Q    And your date of birth.

18        A    5-1-73.

19        Q    Okay.  Um, so let's start from the

20    beginning.  What were you guys, all of you, doing

21    in Lukeville?

22        A    Of us, or just me?

23        Q    Well, give me your story.  Why did you --

24        A    Because I (unintelligible).

25        Q    Okay.  And how did you end up coming with
```

1    ~~the other individuals?  Why did you come with them?~~

2        ~~A    Why did I come with them?~~

3        ~~Q    Yes.~~

4        A    ~~Because I needed a ride.~~

5        ~~Q    So they all decided to bring you here to~~

6    ~~Lukeville.~~

7        ~~A    Um-hmm.~~

8        ~~Q    And what did they do?  What was the real~~

9    ~~focus in coming for them, why do they come?~~

10       ~~A    To give me a ride.~~

11       Q    So you got two cars, a Dodge Durango, and

12   was it Lincoln, just to bring you to Lukeville?

13                And t~~hey brought you to~~ *you came to* Lukeville, and then

14   what happened?

15       A    I went to look for my father-in-law.

16       Q    Where at?

17       A    I don't know.  It's a couple miles in.

18   Around (unintelligible) nursing home.

19       Q    So when you came to Lukeville, you don't

20   know what village or town?

21       A    No. He was supposed to meet me somewhere.

22       Q    Where was he going to meet you at?

23       A    At a gas station.

24       Q    Where at?

25       A    I don't know, sir.

UNITED COURT REPORTERS, INC.
Serving all of Arizona (520) 792-2600
Case 4:07-cr-01204-DCB-CRP   Document 85-3   Filed 08/08/2008   Page 5 of 22

1    Q    At a gas station, but you don't know

2    (unintelligible).

3    A    I don't know the cities.  It's something

4    like, Sinoloa.

5    Q    Right.  So you didn't know what gas station

6    you were going to meet him at, but you were

7    supposed to meet him?

8    A    I was supposed to meet him, but

9    (unintelligible).

10   Q    You don't know what gas station?  But you

11   just thought a gas station.

12   A    Well, I know how to get there, but I don't

13   know exactly the name of it.

14   Q    Okay.  Well, tell me, how were you going to

15   get there?

16   A    ~~They were going to give me~~ a ride.

17   ~~Q    Who was going to give you a ride?~~

18   ~~A    Margaret (unintelligible).~~

19   Q    So ~~did they give you~~ you get a ride to that gas

20   station?

21   A    Uh-huh.

22   Q    Can you describe how you got there?

23   ~~A    With Margaret~~ (unintelligible).

24   Q    How, like direction of travel?

25   A    It was hard.

1    Q    Did you ~~guys~~ turn at like streets, what

2    kind of sign was there at the gas station.  Because

3    the gas stations we know of in that little village

4    that you stated, they all have names.

5    A    I don't know of the exact name of it.  I

6    just know how to get there.

7    Q    So --

8    A    I mean, I don't know the Spanish words, or

9    whatever it is.

10    Q    Could you spell that?

11    A    No.

12    Q    Circle K?

13         AM/PM?

14         MX?

15    Q    There -- there are -- there are gas

16    stations (unintelligible).

17    A    (Unintelligible).

18    Q    Of course you would know that, right,

19    because you went there?

20    A    Yeah, I went there.

21    Q    Okay.  All right.  So ~~they took you~~ *you went* to the

22    gas station that you stated, and then what

23    happened.

24    A    ~~We~~ *I/* Waited for him, but he never showed up.

25    Q    Did you ~~guys~~ have a specific time that you

1    were supposed to meet him, or how were you supposed

2    to be in contact with him so that you ~~guys~~ could

3    meet?

4    ~~A     We Were (unintelligible).~~

5    ~~Q     Did you guys have a phone number or did you~~

6    ~~have a time date?  Date and time?~~

7    ~~A     (Unintelligible).~~

8    ~~Q     So what did -- so you said -- who was it~~

9    ~~you went with to the gas station?  Who took you?~~

10   ~~A     (Unintelligible).~~

11   ~~Q     Okay.  So who -- what did everybody else~~

12   ~~do?  Did they go into Mexico as well?  They did?~~

13   ~~They all went into Mexico all in that Lincoln?~~

14   ~~A     (Unintelligible).~~

15   ~~Q     Okay.  So you're saying the rest of them~~

16   ~~went into Mexico.  How did they get into?~~

17   ~~A     How they went to Mexico?~~

18   ~~Q     Yes.~~

19   ~~A     They didn't go into Mexico.~~

20   ~~Q     You just said they did.  I asked you~~

21   ~~(unintelligible).~~

22   ~~A     I said I went to Mexico.~~

23   ~~Q     I asked you, did the rest of the~~

24   ~~individuals that came with you go into Mexico?~~

25   ~~A     (Unintelligible).~~

```
 1      Q    Okay.  All right.  (Unintelligible).  All

 2   right.  So you went to this gas station and then

 3   what happened?

 4      A    We just waited for him.  He never showed

 5   up.

 6      Q    How long did you wait?

 7      A    (Unintelligible).

 8      Q    Okay.  And then what?  What else?

 9      A    We left.

10      Q    Left to where?

11      A    Left (unintelligible).

12      Q    Okay.  What time was that?

13      A    I don't know.  I didn't have a watch.

14      Q    So you came back to the United States.  And

15   then what did you guys do after you got

16   (unintelligible) port of entry?

17      A    (Unintelligible).

18      Q    How long were you there?

19      A    (Unintelligible) minutes.

20      Q    (unintelligible) minutes.  All right.  What

21   else did you guys do afterwards.

22      A    We went to the car.

23      Q    And when you went to the car, what

24   happened?

25      A    We got in the car and left.
```

1    Q    Yeah, but, be more specific there, because

2    we saw something different.

3    A    There were people there.

4    Q    Okay.  What were those people doing there?

5    A    Because they wanted a ride.

6    Q    And you ~~guys~~ just voluntarily said yes.

7    A    Because they said they were going to

8    Riverside.

9    Q    So -- but like I said, you ~~guys~~ just said

10   yes?

11   A    Um-hmm.

12   Q    Is that correct?  Okay.

13        And did it surprise you that there was some

14   individuals in your car, in that vehicle that you

15   were getting into, you and your daughter?

16   A    No, because they said they wanted a ride.

17   Q    Okay.  So you give any -- did you know

18   these people?

19   A    No.

20   Q    So you give any stranger a ride, is that

21   what you're trying to tell me?

22   A    Yeah.

23   Q    Okay.  Did they offer you any money.  Did

24   you offer -- did you charge them anything.  Were

25   you going to charge them once you got there?

```
 1      A    No.

 2      Q    No.  Okay.  Now, who was driving the

 3   vehicle?

 4      A    Margaret.

 5      Q    Margaret.  And David was where?

 6      A    In the back seat.

 7      Q    In the back seat with all the other illegal

 8   aliens?

 9           So it didn't surprise you that some

10   strangers were in the same vehicle that you were

11   in?

12      A    No, because they said they wanted a ride to

13   Riverside.

14      Q    I understand that.  You said that a couple

15   of times now.  But I'm trying to understand how you

16   get into a vehicle with four illegal aliens inside

17   the vehicle, and you don't know these individuals?

18      A    No.

19      Q    But yet you still feel confident driving to

20   Riverside with them.  All the way to Riverside?

21           Who was going to pay for the gas?  You

22   were?

23           You were?

24           Okay.  What do you do?  Where do you work

25   at?
```

1      A      I don't work.

2      Q      How are you going to pay for the gas?  I

3    mean, how do you support yourself?

4      A      Because I get disability.

5      Q      Oh, you do.  Okay.  All right.  That

6    explains it.

7             So how were you going to get back to

8    Riverside?

9      A      In the Lincoln.

10     Q      Yes, I understand that, but how?  What

11   direction of travel?  I'm sure you were going to go

12   north, but how were you ~~guys~~ going to get to

13   Riverside from Lukeville?

14     A      85.

15     Q      85 all the way to where?

16            (Unintelligible).

17     A      I don't know routes very well.

18     Q      So were you ~~guys~~ going to go through Ajo?

19     A      85 to 80.

20     Q      Okay.  So you're telling me you were going

21   through the border patrol checkpoint with some

22   individuals you don't even know which could

23   basically end up here again?

24     A      (Unintelligible).

25     Q      Okay.   (Unintelligible).

```
 1              But did you see them (unintelligible).
 2        A     They wanted a ride, I mean
 3    (unintelligible).
 4        Q     Right.
 5              Did you know they were illegal aliens?
 6              (Unintelligible) you didn't ask them for
 7    papers?
 8        A     I didn't ask them.
 9        Q     Right.  But did you see them cross through
10    the field -- through the port of entry?
11        A     No.
12        Q     So they just showed up (unintelligible).
13    They just basically appeared in the vehicle.
14        A     No.  They wanted a ride.  They asked for a
15    ride.
16        Q     That's what I'm saying.  They just
17    basically appeared in the vehicle.  I didn't say
18    they didn't ask you.  Who did they ask for the
19    ride?
20        A     Umm.
21        Q     ~~Was it Margaret~~, was it you, ~~was it David~~
22    ~~or (unintelligible)?~~
23        A     It was ~~Margaret.~~ Someone else
24        Q     ~~Margaret.  She was the (unintelligible),~~
25    ~~the driver?~~  Your daughter was with you, too,
```

```
 1     right?  Where was your daughter sitting?

 2        A    On my lap.

 3        Q    On your lap.

 4        A    On the floor.

 5        Q    On the floor or in your lap?

 6        A    (Unintelligible).

 7        Q    Which one, on the floor or in your lap?

 8        A    On my lap.

 9        Q    So on your lap?

10        A    Yes.

11        Q    So when we pulled you over, she was on the

12     floorboard?

13        A    She got scared.

14        Q    Why would she get scared?

15        A    (Unintelligible) she's (unintelligible).

16        Q    So she doesn't get scared for the people

17     behind your seat?  She gets scared of law

18     enforcement?

19        A    Yeah, she gets scared.  She has problems.

20        Q    She what?

21        A    She has issues.

22        Q    But law enforcement scares your daughter?

23     Do you get scared as well?

24        A    No.

25        Q    Did she (unintelligible).
```

1    A    Because I didn't think ~~we were~~ *I was* going to get

2    in trouble for giving somebody a ride.

3    Q    Right.  Okay.  Have you ever given a ride

4    to anybody (unintelligible) in the past?

5    A    No.

6    Q    So this was a special occasion?

7    A    No.

8    Q    So this was the only special occasion, a

9    good deed for the year?

10    A    Huh?

11    Q    This was your good deed for the year?

12    A    I guess.  I'm here.

13    Q    Okay.  Did you -- did you know they were

14    illegal aliens.  Did you know they were Mexicans in

15    the United States without immigration documents?

16    A    I didn't know that they didn't have papers.

17    I didn't ask them.

18    Q    You thought they were illegals, being that

19    you were right at the border?  (Unintelligible)

20    story is the fence is right there.  I'm sure you

21    knew where the border was, right?

22    A    I know where the border is.

23    Q    Okay.  So you knew --

24    A    But I didn't know how they got over here.

25    Q    Okay.  Did you ever (Unintelligible) in

```
 1      Mexico while you were down there?

 2      A     No.

 3      Q     You never saw them?

 4      A     No.

 5      Q     Did you ever have contact with anybody in

 6  Mexico at the gas station while you were there?

 7      A     No.

 8      Q     Did you make any phone calls in

 9  (unintelligible).

10      A     Did I make phone calls where?

11      Q     To the US like (unintelligible) on the cell

12  phone?

13      A     Did I make any phone calls to the US?

14      Q     Cell phone, did you use your cell phone?

15      A     Yeah, I use my cell phone.

16      Q     Did you call somebody as a favor for the

17  people that were with you?

18      A     No.

19      Q     Who did he call?

20      A     Who did I call?

21      Q     Is it like roaming?  Is it international

22  phone call?

23      A     My phone didn't work?

24      Q     Oh, it didn't work?  What is it, Cingular?

25      A     No.  It's Sprint.
```

```
 1      Q    Oh, okay.

 2           My Sprint phone works.

 3      A    (Unintelligible).

 4      Q    Oh, I got Sprint, and it works.

 5      A    Yeah, if you're if you're on a Mexico plan.

 6      Q    No.  It's (unintelligible).

 7      A    Well, (unintelligible) to use my phone down

 8    there to see it doesn't work.

 9      Q    (Unintelligible).

10      A    I mean I can call (unintelligible).

11      Q    How many phone calls have you made, how do

12    you make the phone calls?

13      A    What do you mean?

14      Q    You said you called somebody from down

15    there.  Who, how do you make the phone calls?

16      A    I didn't say I made a phone call.  I said

17    my phone didn't work that well.

18      Q    Before that, did you contact anybody?

19      A    No.

20      Q    Did you call your sister?

21      A    Yeah, I can call, I can call to Mexico

22    because I keep in touch with my sisters

23    (unintelligible.)

24      Q    Where?

25      A    (Unintelligible).
```

```
1    Q    So you guys go to Mexico and

2    (unintelligible).

3    A    Yeah, but when I went over into Mexico, my

4    phone did not work.

5    Q    How were you able to be in contact with his

6    dad?

7    A    His sister.

8    Q    His sister (unintelligible)?

9    A    Huh?

10   Q    His sister lives in TJ?

11   A    Uh-huh.

12   Q    So you (unintelligible) you call, you

13   called his sister, when did you call his sister?

14   A    Yesterday.

15   Q    All right.   (Unintelligible.)   How many

16   people were in the vehicle, other than your

17   relatives?

18   A    In the Lincoln, the one I was in?

19   Q    Yeah.   Yeah.

20   A    Three.

21   Q    Three people?

22   A    Three or four.

23   Q    Didn't you think that was too many?   You

24   guys didn't fit in your own vehicle?

25   A    (Unintelligible.)
```

1   Q    Kind of put your (unintelligible) didn't

2   bother to tell them, hey, I can only give two of

3   you a ride?

4   A    (Unintelligible) Riverside.

5   Q    When you got to the vehicle, when you

6   walked out of the (unintelligible) when you got to

7   your vehicle, was there anybody in the front seat

8   of the vehicle?

9   A    No.

10   Q    What happened?

11   A    (Unintelligible) in the back seat.

12   Q    And was he one of the ones that was taking

13   a ride to Riverside from -- when did he, did he ask

14   you the moment you opened the door?

15   A    He asked me what?

16   Q    That he needs a ride.

17   A    No. He asked me (unintelligible).

18   Q    In the cafe?

19   A    (Unintelligible), because I went to the

20   bathroom.

21   Q    So how do you know when they asked you?

22   A    I don't know exactly when they asked ~~my~~

23   ~~sister~~ because I was in the bathroom.

24   Q    (Unintelligible), went straight to, so they

25   never went (unintelligible).  You don't know?

1      A     I don't know.

2      Q     You never saw them?  (Unintelligible).

3      A     I went to the restaurant to the bathroom.

4      Q     You ~~guys~~ ate and everything there?

5      A     My daughter did.

6      Q     You didn't eat?

7      A     No, (unintelligible).

8      Q     So you never gave the money to your

9   brother-in-law?

10     A     Yeah, because they said the soda machine

11   was broke or something.

12           (Unintelligible).

13     Q     So you brought your money back with you,

14   which was you had about $400?

15     A     That's right.

16     Q     All right.

17     A     They weren't going to pay ~~us~~ anything.

18     Q     Nothing?

19     A     (Unintelligible).

20     Q     Everybody else?

21           Just a free ride?

22           (Unintelligible).

23           Is there anything else that you'd like to

24   say that might help you out here?

25     A     No.

```
 1        Q    No?   Okay.   All right.   Well, this concludes your

 2    statement.   The time is now 1:46 a.m.

 3

 4                     (End of Audio file.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    STATE OF ARIZONA)

 2                    ) SS:

 3    COUNTY OF PIMA  )

 4

 5         BE IT KNOWN that I, ELIZABETH M. POPE, a

 6    Notary Public in and for the State of Arizona,

 7    listened to and transcribed the taped interview of

 8    MARCIA AUGUSTINE, and the foregoing pages contain a

 9    full, true and accurate transcription of said tape

10    to the best of my ability.

11         I FURTHER CERTIFY that I am not of counsel

12    nor attorney for either or any of the parties to

13    said cause or otherwise interested in the event

14    thereof; and that I am not related to either or any

15    of the parties to said cause.

16         Dated this 15TH day of November, 2007.

17

18    _____

19    ELIZABETH M. POPE

20    Notary Public

21

22

23

24

25
```

# Exhibit 3

TRANSCRIPT OF RECORDED INTERVIEW

BETWEEN AGENT LEMAR AND DANIELLE MOORE

# ORIGINAL

BY:   ELIZABETH M. POPE, Notary Public

UNITED COURT REPORTERS, INC.
Court Reporting Service
(520) 792-2600 or (800) 759-9075

CONFERENCE ROOMS:
Suite 200
177 North Church Avenue

MAILING ADDRESS:
P.O. Box 17507
Tucson, Arizona 85731

1                    INTERVIEW OF DANIELLE MOORE

2

3        BY AGENT LEMAR:

4           Q    21 hours, that's 10:21 p.m.  May 30th,

5        2007.  I'm DPA Agent Amar Lemar.  DPA Agent Sandez

6        with me as well.  And who else?

7                What's your name?

8           A    Danielle.

9           Q    Danielle what?

10          A    Moore.

11          Q    What's your full name?

12          A    Danielle Rey Moore.

13          Q    And what's your birth date?

14          A    8/25/88.

15          Q    Where do you live?

16          A    Southern California

17          Q    What's your street address?

18          A    3666 (unintelligible) Street,

19       (unintelligible) California, 92545.

20          Q    We're here today because we arrested you

21       ~~guys~~, correct?

22          A    Yes.

23          Q ·  And you were driving a blue Dodge Durango,

24       is that right?

25          A    Yes.

1      Q    And who else was in the vehicle with you?

2      A    Marcia Augustine, Margaret Shackleton,

3  David Thacker and Kevin Henderson.

4      Q    And who was actually in the Durango as far

5  as your friends and the people you knew?

6      A    Kevin Henderson and Marcia Ramirez.

7      Q    And who is Kevin Henderson?

8      A    My boyfriend.

9      Q    And who is the other person?

10     A    Julio Ramirez.

11     Q    Are you doing okay?

12     A    Yeah, I'm all right.

13     Q    You're nervous?  If at any point you need

14  to stop and, you know, take a deep breath, take a

15  break, get some water, whatever, you let me know,

16  okay?

17     A    Okay.

18     Q    Did you tell me earlier you have asthma?

19     A    Yes, I do.

20     Q    And did you take an inhaler?

21     A    Yeah, I did.

22     Q    A puff one?  Did you take a puff one or

23  just (unintelligible)?  Are you feeling okay now?

24     A    Yeah.

25     Q    Tell me again who Julio is?

```
 1          A    Marcia's husband.

 2          Q    Was there another vehicle that was

 3     traveling with you?

 4          A    Yes, there was.

 5          Q    How many other vehicles where there?

 6          A    One.

 7          Q    And what was that other vehicle?

 8          A    A Lincoln.

 9          Q    What color?

10          A    Black.

11          Q    And who was in the black Lincoln?

12          A    Julio Ramirez, Marcia Augustine, David and

13     Margaret, that I know of.

14          Q    Julio Ramirez.  Margaret who?

15          A    Shackleton.

16          Q    And Marcia Who?

17          A    Augustine.

18          Q    Who owned those two vehicles?

19          A    That I know of, Margaret.

20          Q    Margaret, Margaret owns the blue Durango

21     and the Lincoln?

22          A    And the Lincoln, yes.

23          Q    Okay.  What happened that caused you to go

24     down to Lukeville?

25          A    They told us that we were going to go down
```

I was

1   there and continue to (unintelligible).

2       Q   Who is they?

3       A   Margaret and David.

4       Q   Margaret and David told you or told more

5   than one person?

6       A   Told me.   We left at 10:00 o'clock this

7   morning.

8       Q   10:00 o'clock from where?

9       A   From Henmen.

10      Q   What is your living arrangements right now?

11      A   I'm living with them.  My mom kicked me out

12  because I was pregnant and I moved in with them.

13      Q   Okay.  Who all is living at that -- at that

14  place in Henmen?

15      A   You want me to name everyone?

16      Q   Yes.

17      A   Okay.  It's Earl Shackleton, Marcia

18  Augustine, Margaret Shackleton, David Thacker,

19  Earl -- I already said Earl.  Brianna Thacker, Josh

20  Shackleton, Brandon Shackelton, Julia Ramirez,

21  myself, Danielle Moore, my son Daniel Moore.

22      Q   And Kevin?  Did you say Kevin already?

23      A   No, Kevin doesn't live there.

24      Q   Where does Kevin live?

25      A   Um -- that's the nephew who lives in

1  Henmen.  He's (unintelligible).

2      Q    And is Kevin your boyfriend?

3      A    Yes, he is.

4      Q    Again, who were you going to wait for the

5  money for?

6      A    I wasn't (unintelligible).

7      Q    Okay.  Who did they say they were going

8  down to Lukeville to make money for?

9      A    They didn't say they were going down there

10  to make money.
                                              you
11      Q    What did you just tell me about why they

12  were going to Lukeville?
                    I was
13      A    They were going down there to give Julio's
                                                Someone's
14  parents some money.

15      Q    Okay.  To give Julio's parents some money?

16      A    Yes.          that person's

17      Q    Where does Julio's parents live?

18      A    In TJ.  That's all I know about

19  (unintelligible) is TJ.  I don't know Mexico.

20      Q    TJ you mean Tijuana?

21      A    Yes.

22      Q    And you know Tijuana is south of San Diego,

23  that area?

24      A    I don't know.  All I know is that's TJ.  I

25  don't know.

```
 1      Q    You were of the impression that you were
 2   near TJ, you were in Lukeville?  Lukeville, the
 3   place where you were at the store?
 4      A    Yes.
 5      Q    They told you that's near TJ?
 6      A    I thought it was TJ.  I thought that
 7   anywhere near the border of Arizona and Baja were
 8   TJ.
                                            person
 9      Q    Okay.  So you didn't think that they lived
10   close to the family?
                                   parents
11      A    Yeah, I was told that they were in that
12   city, TJ, and that they were going to go get the
                    I was
13   money.  We were told to wait at the restaurant.
14      Q    Okay.  You guys drove down there, and what
15   did you do?
                I/
16      A    We drove down there.  Me, Kevin and Julio
17   got out of the car.  Marcia, Julia, David and
18   Margaret crossed the border.  We stayed there for a
19   couple hours.  We ate quisadillas, we drank a soda.
20   I did walk out a couple times to have a cigarette.
21   with Kevin.  We walked -- after about a couple
22   hours, we walked inside the store next door, and
23   then went back.  We walked then to the perfume
                                      I was
24   store.  We walked back.  And then we were waiting.
25   for them, waiting for them.  I did receive a couple
```

1    of phone calls. of unknown as to where Marcia called

2    and asked for Julio.  I gave the phone to Julio and

3    right before they came --

4        Q    Did you ever hear any of those

5    conversations?

6        A    Julio was speaking Spanish to her.  I don't

7    understand Spanish.

8        Q    Okay.

9        A    He was actually sitting at the counter.  I

10   was sitting (unintelligible.)  And we were talking.

11   And then he says call Marcia, and then he says

12   never mind, never mind.  And about five minutes

13   after that, they pulled in.  They all got up and --

14       Q    Who is they?

15       A    Marcia, Margaret, David and Julia.

16       Q    And they pulled in in what, the Lincoln?

17       A    They pulled in -- they saw we were sitting

18   on the table.

19       Q    What were they in?

20       A    They were in the Lincoln.

21       Q    Okay.

22       A    The three of them.

23       Q    Which one went south, the Lincoln or

24   Durango?

25       A    The Lincoln.

1    Q    And you ~~guys~~ were in the Durango at that

2    point?

3    A    Yes, ~~we were.~~  ~~We were~~ *I was* still outside the

4    rest stop.  ~~So we came in and David ordered some~~

5    ~~french fries.  And then they were sitting their~~

6    ~~talking.  Julio got up, went over to their table,~~

7    ~~was standing their with their friends talking~~

8    ~~about -- I couldn't quite pick up what they were~~

9    ~~saying.  I kept on asking Kevin, what are they~~

10   ~~saying, what are they saying.  Couldn't really~~

11   ~~understand them.~~

12   ~~After that, we got up.  Mark said, if the~~

13   ~~cops pull you over, we need to tell them that we~~

14   ~~went to Rocky Point.  I looked at her, and~~ I got

15   inside the car.  When I got inside the car, there

16   was -- um, I didn't stare at them.  I don't know

17   (unintelligible), there were several, what looked

18   like to me gentleman.  I don't know if there was

19   any women inside the car.  There was gentleman

20   inside the car.  ~~Kevin was in the passenger seat.~~

21   And all I remember -- ~~I remember looking at Julio~~

22   ~~to see if he was going to get in.~~  All -- I heard

23   the door shut.  ~~And I said Julio, I don't know --~~

24   ~~what am I doing, where do I go.~~

25          And for a second, it did cross my mind

1    that, what ~~are we~~ am I doing here.  How come all these

2    guys are inside the -- are inside the car.  And why

3    am I driving it.  ~~Marcia -- Margaret has never told~~

4    ~~me to drive the car before.~~

5        Q    Slow down.  Slow down.

6        A    Sorry.

7        Q    Take a big, deep breath.

8             ~~Okay.  Marcia's never had you drive?~~

9        ~~A    Margaret.~~

10       ~~Q    Margaret.~~

11       ~~A    Has never had me drive before.  Never let~~

12   ~~anybody drive their vehicle before.~~

13            We pulled out --

14       Q    How far were you from the border at the

15   time that you were there at the restaurant?  Could

16   you see it out the window?

17       A    What?

18       Q    The border fence.

19       A    The (unintelligible) fence?

20       Q    Yeah.

21       A    Yeah.

22       Q    So you knew you were right there, very

23   close, right?

24       A    Yeah, that's where the restaurant is, the

25   (unintelligible) restaurant.

UNITED COURT REPORTERS, INC.
Serving all of Arizona  (520) 792-8699
Case 4:07-cr-01204-DCB-CRP   Document 88-4   Filed 08/08/2008   Page 11 of 21

```
 1        Q     Right by it, right up against the fence,

 2   right?

 3        A     Uh-huh.

 4        Q     And did you see those people that were in

 5   the back of your Durango?  Did you see them cross

 6   through the port of entry?

 7        A     No.

 8        Q     Okay.  And they didn't come across with

 9   anyone else, right?

10        A     No, not that I know of.

11        Q     They weren't brought back with Marcia or

12   Margaret or any of the others?

13        A     Not that I know of, no.

14        Q     They just somehow appeared in the back of

15   the Durango, right?

16        A     Yes.

17        Q     And at that point did you know that's

18   probably why they wanted you to lie to the border

19   patrol about, you know, where you had been and what

20   you were doing?

21        A     I had no understanding of what was going on

22   in the beginning.  When I got inside the Durango is

23   when I started to --

24        Q     You knew what probably was going on at that

25   point, right?
```

1          Now, you didn't look at their ID's or their

2     cards, though, right?

3          A     No, I did not.

4          Q     So you didn't know for sure they were

5     illegal, but you thought you knew, right?

6          A     I never said I was smart.

7          Q     Okay.  But did you know that was probably

8     why ~~they wanted~~ you^were to lie to the cops?

9          A     Yes.

10         Q     Um, then you drove north from the border,

11     right?

12         A     Yeah.

13         Q     You okay?

14         A     Yeah, I'm good.

15         Q     You need a break?

16         A     I'm okay.

17         Q     Need some water or anything?

18              You ~~guys~~ drove north.  Did you notice the

19     border patrol vehicles behind you?

20         A     Yes, I did.

21         Q     Did anyone say anything?

22         A     No, they did not.

23         ~~Q     At some point did Julio tell you or did you~~

24     ~~tell him?~~

25         ~~A     Julio said it was fine.~~

1    ~~Q    Just drive?~~

2    ~~A    Yes.~~

3    ~~Q    Did he say anything else?~~

4    ~~A    No.~~

5    ~~Q    Just to make it clear, exactly what did~~

6    ~~Julio say to you while you were driving?~~  And what

7    vehicles were behind you?

8        A    I was (unintelligible) driving about 10 or

9    15 minutes with them behind me.  ~~And I asked him~~

10   ~~(unintelligible) he said if they come up to you,~~

11   ~~you need to tell them you went to Rocky Point~~.  And

12   I didn't say nothing, because I didn't know where I

13   was supposed to stop.  I didn't know I was supposed

14   to stop on the side of the road, I didn't know

15   where to go.

16       Q    Even when they turned their lights on?

17       A    Well, yeah, they turned their lights on,

18   but then I didn't know if I was supposed to wait

19   until there was a...

20       Q    A place to pull off?

21       A    Yes.  ~~And so Kevin said you just need to~~

22   ~~pull over, you need to pull over~~.  And so I pulled

23   over ~~as soon as he said that.~~  And I pulled over.

24   And that's when I rolled down the window.

25       Q    Do you know who guided the Mexicans that

```
 1    were in the back of the truck, do you know who

 2    guided them into the country?

 3         A    No, I do not.

 4         Q    You didn't do it, did you?

 5         A    No, I didn't.

 6         Q    Do you know where you were taking them?

 7         A    No, I don't.  I didn't even know that I was

 8    driving them.  All I was told is, we were sitting

 9    at the -- and Margaret told me, Danielle, you need
                                                  someone
10    to drive.  And that's when I got up and -- and she

11    told me if they pull you over, you need to tell

12    them you were at Rocky Point.
                      anyone
13         Q    Did Margaret offer to pay you anything?

14         A    No.  I just went along because -- I

15    didn't --

16         Q    Have you ever driven down to Lukeville in

17    the past?

18         A    No, I have not.

19         Q    Was there a trip where you went down to

20    pick someone up, you just told me that?

21         A    Just the (unintelligible.)

22         Q    Okay.  What happened then?
                I
23         A    We drove down to (unintelligible) we passed
                     I
24    them.  And we went down to this taco stand.  I

25    don't know exactly what it's called.  It's about a
```

1    half an hour away.   ~~We Dr~~ I ove down to this taco

2    stand.   ~~We A~~ I te tacos there.   And there was actually

3    a gentleman that (unintelligible).   They approached

4    me and started talking about -- I had no knowledge,

5    they were speaking in Spanish, I had no knowledge

6    of what they were saying.   ~~They then -- they set up~~

7    ~~Kevin's -- wait outside the car.~~ And the gentleman,

8    the one gentleman got inside the car with ~~us~~ me.   He

9    went back.   And it was later on that night.   I

10   think I got home around 11:30 I was dropped off.

11   ~~They drove up north.   I don't know where they were.~~

12   ~~They drove up north.   They came back -- it was~~

13   ~~pretty late that night.   I don't know.   I was~~

14   ~~sleeping.   And that was it.~~

15   I was         This morning, is when they told ~~us that we~~

16   ~~were~~ I was going down there to give their parents some

17   money.

18        Q    And this other trip to Mexico, do you think

19   that guy was an illegal alien, illegal Mexican.

20        A    Which guy?

21        Q    The guy that you transported?

22        A    No.   ~~Because I thought he was just another~~

23   ~~of Julio's friends.~~   I didn't think -- because

24   I didn't think he could get in the United States

25   without ID or anything.   To be honest, I was

1    actually sick most of the time.

2      Q   Has ~~Margaret or~~ anyone ~~else, you know,~~

3    ~~connected with this~~ event ~~today, have they~~ ever

4    told you to lie in the past if you were pulled over

5    by the cops?

6      A   No.

7      Q   So this was definitely out of your

8    (unintelligible) today?

9      A   Yes, it was.

10   ~~Q    Are you afraid of anybody connected with~~

11  ~~this?~~

12  ~~A    Yeah~~.

13     Q   Who is Chuy?

14     A   He's just mentioned.  I don't know.  That

15  might have been the gentleman that _I was_ ~~they were~~

16  talking to.

17     Q   Where?

18     A   At the taco stand.

19     Q   On the previous trip to Mexico you mean?

20     A   That's my guess.  I don't know.

21     Q   Did you see Chuy today?

22     A   No.  I can describe what he looks like

23  (unintelligible).  I don't know anything else about

24  him.

25   ~~Q    Are you afraid of Kevin?~~

```
 1        A     No.

 2        Q     (Unintelligible)?

 3        A     No.

 4        Q     Has Margaret made other trips to Mexico in

 5    the past?

 6        A     Yes, she has.

 7        Q     How many trips has she made recently?

 8        A     That I know of?

 9        Q     Yes.

10        A     Three.

11        Q     And three within what period of time?

12        A     There was one about a month ago.  There was

13    one yesterday.

14        Q     One yesterday?

15        A     Uh huh.

16        Q     You okay?

17        A     Yeah.

18        Q     Did you come yesterday?

19        A     No.  I was at home with my son.

20        Q     Do you know where she went yesterday?

21        A     No.

22        Q     Does Margaret come back with extra money

23    when she makes these trips?

24        A     That I know of, she did have extra money.

25    They did joke about having more money, but did
```

1    ~~I know that she made it through the trips, no~~

2    ~~Q     That she what?~~

3    ~~A     That she made it through the trips, no~~

4    ~~But I did know that she had extra money.~~

5    ~~Q     I didn't understand what you meant by that.~~

6    ~~The trips.~~

7    ~~A     Extra trips.~~

8    ~~Q     Extra trips?~~

9    ~~A     Yeah.~~

10   ~~Q     Okay.  So I apologize.  I have a little bit~~

11   ~~of a head cold.  Can't hear real well right now.~~

12            Is there anything else you want to say?

13   A     I haven't done this before.  I've never

14   been in trouble with the law.

15   Q     Do you intend to do this again?

16   A     No.  I just want to be home with my son.

17   Q     What's that?

18   A     I want to get home to my son.

19   Q     Okay.  You okay?

20   A     No, I want to go home.

21   Q     Having trouble breathing?

22   A     No.

23   Q     All right.  Prior to you and I talking, did

24   you look at a piece of paper that I gave you?

25   A     Yeah.

1    Q    And was it this what are called warning as

2    of rights?

3    A    Yes.

4    Q    Did I read those rights to you in English?

5    A    Yes, you did.

6    Q    You also read English?

7    A    Yes, I did.

8    Q    Did you read that?

9    A    Yes, I did.

10    Q    And did you affix your name to it, sign

11    your name to it?

12    A    Yes, I did.

13    Q    And did you also read and sign the waiver

14    form?

15    A    Yes, I did.

16    Q    Do you have anything else you'd like to

17    say?  Anything else?

18         Okay.  This concludes the interview at

19    22:39 hours.

20

21                    (End of Audio file)

22

23

24

25

```
 1    STATE OF ARIZONA)

 2                    ) SS:

 3    COUNTY OF PIMA  )

 4

 5        BE IT KNOWN that I, ELIZABETH M. POPE, a

 6    Notary Public in and for the State of Arizona,

 7    listened to and transcribed the taped interview of

 8    DANIELLE MOORE, and the foregoing pages contain a

 9    full, true and accurate transcription of said tape

10    to the best of my ability.

11        I FURTHER CERTIFY that I am not of counsel

12    nor attorney for either or any of the parties to

13    said cause or otherwise interested in the event

14    thereof; and that I am not related to either or any

15    of the parties to said cause.

16        Dated this 15TH day of November, 2007.

17

18

19    ELIZABETH M. POPE

20    Notary Public

21

22

23

24

25
```

Elizabeth M. Pope
Notary Public
Pima County, Arizona
My Comm. Expires 2-25-2008

# Exhibit 4

TRANSCRIPT OF RECORDED INTERVIEW

BETWEEN AGENT LEMAR AND KEVIN HENDERSON

# ORIGINAL

BY:   ELIZABETH M. POPE, Notary Public

UNITED COURT REPORTERS, INC.
Court Reporting Service
(520) 792-2600 or (800) 759-9075

<table>
<tr><td>CONFERENCE ROOMS:<br>Suite 200<br>177 North Church Avenue</td><td>MAILING ADDRESS:<br>P.O. Box 17507<br>Tucson, Arizona 85731</td></tr>
</table>

1                    INTERVIEW OF KEVIN HENDERSON

2

3      BY AGENT LEMAR:

4          Q    It's May 30th, 2007.  We're at the United

5      States Border Patrol Station in Ajo, Arizona.  I'm

6      Agent Amor Lemar.  I have Agent Sandez with me as

7      well.

8               And what's your name, sir?

9          A    Kevin Henderson.

10         Q    Kevin, what's your birth date?

11         A    12-1-87.

12         Q    I need you to talk like in a big voice,

13     okay, because this thing is not a great tape

14     recorder, okay.  So try to talk loud and clear.  I

15     know it's difficult and this is kind of nerve

16     racking.  Right?

17              Say your birth date again.

18         A    12-1-87

19         Q    Where do you live?

20         A    (Unintelligible),  California.

21         Q    What's your address?

22         A    1835 Silver Drop Street.

23         Q    And what's the zip there?

24         A    92545.

25         Q    What's your social security number?

```
 1        A    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.
 2        Q    Okay.  Prior to us getting started here
 3    today, did I read you a form called the warning as
 4    of rights.
 5        A    I'm not sure (unintelligible).
 6        Q    Do you have the form?
 7        A    Yeah.
 8        Q    Did I read you all that?
 9        A    Yeah, you read me those.
10        Q    Okay.  And did I read it to you in English?
11        A    Yes, sir.
12        Q    Do you also know how to read English?
13        A    Yes.
14        Q    And you read it yourself, also, right?
15        A    Yes.
16        Q    While I was reading?
17        A    Yes.
18        Q    Did you sign it stating that you understood
19    your rights?
20        A    Yes.
21        Q    And did you also sign saying that you
22    understood your rights?
23        A    Yes.
24        Q    Okay.  And did you also sign saying that
25    you were willing to give a statement at this time?
```

```
 1      A     Yes.

 2      Q     Who is Danielle?

 3      A     My girlfriend.

 4      Q     What's her name?

 5      A     Danielle Moore.
                              You
 6      Q     Were you guys pulled over today with a

 7   bunch of illegal Mexicans in the back of your car?

 8      A     Yes, sir.

 9      Q     How did you decide to come down to

10   Lukeville, Arizona today for this things?

11      A     Just made a decision, I guess, that wasn't

12   good.

13      Q     Okay.  Did somebody talk with you about

14   this?

15      A     Yes.

16      Q     Who was that?

17      A     Julio.

18      Q     Who is Julio?

19      A     My aunt's husband, which would be my uncle.

20      Q     And what's his last name?

21      A     I'm not -- I think it's Ramirez.

22      Q     Was Julio with you when we arrested you in

23   that Durango?

24      A     Yes, sir.

25      Q     Where was he?
```

1     A     I believe in the back seat.

2     Q     In the back seat behind Danielle?

3     A     Yes.  No, wait.  Was it behind me?

4     Q     Behind you?

5     A     Yeah.

6     Q     Okay.  The middle seat, then, right,

7     because there's three rows of seats in that things,

8     right?

9     A     Yeah.

10    Q     How many people were in the back of that

11    Durango, total?

12    A     That I knew about, or that I found out?

13    Q     Do you know the number?

14    A     No, I don't.

15    Q     Was it a large number?

16    A     Yes.

17    Q     If I told you it was eight plus Julio, does

18    that sound right to you?

19    A     Yes, sir.

20    Q     Do you have any reason to think that's

21    wrong?

22    A     No.

23    Q     With -- did someone ask you about coming to

24    (unintelligible) today?

25    A     (Unintelligible) mention Mexico.

```
 1      Q     Okay.  And who mentioned that to you?

 2      A     Julio.

 3      Q     And what did Julio say?

 4      A     If I wanted to make a run to Mexico.
                        that person
 5      Q     And did he mention money?

 6      A     Yes.
                        that person
 7      Q     What did he say?

 8      A     A hundred dollars.

 9      Q     Why were you going to make a hundred

10    dollars?

11      A     Just for riding with.

12      Q     But what were you doing that was going to

13    result in you getting paid?

14      A     I guess just go along for the ride.  That's

15    what he told me.

16      Q     Did you know you were picking up and

17    transporting illegal Mexicans?
                         I was
18      A     I knew that we were going to give them a

19    ride.

20      Q     And did you know that they entered the

21    country illegally?

22      A     Yeah.

23      Q     Had snuck in?

24      A     Um --
                              the other person
25      Q     Do you know how much Julio was going to
```

```
 1    make?

 2        A     No.

 3        Q     Did Julio also tell Danielle she was going

 4    to make some money?

 5        A     I'm not positive.  I was not -- I was in

 6    the other room when they were in the other room.

 7        Q     Let's talk about Lukeville.  When you got

 8    down there in Lukeville, what did you do?

 9        A     I went to the restaurant and ate.

10        Q     Where is the restaurant?

11        A     Across the street from the border.

12        Q     How far?  A few feet, a few miles, what?

13        A     I'd say feet.

14        Q     Okay.  Can you see the border fence while

15    you're sitting there in the restaurant, can you see

16    it there.

17        A     Yes.

18        Q     And you can see the port of entry, right?

19        A     Yes.

20        Q     Who was in there with you?

21        A     In the restaurant?

22        Q     Yes.

23        A     Julio, Danielle and me.

24        Q     And where were the others?

25        A     I believe on the other side of the border.
```

Page 8

1    Q    They went south?

2    A    Yeah.

3    Q    Who was that that went south?

4    A    Margaret, Marcia, David and Julia.

5    Q    And what did they go south in, what

6    vehicle?

7    A    I believe it was the Lincoln

8    (unintelligible).

9    Q    And what vehicle, was it the vehicle with

10   you?

11   A    Yeah.

12   Q    Which one was it?

13   A    It wasn't with me.  Well, yeah, it was left

14   on this side of the border.  It was the Durango.

15   Q    Okay.  The blue Durango?

16   A    Yeah.

17   Q    Who owns the Lincoln and the Durango?

18   A    I believe it was Marcia -- oh, no, it's

19   David and Margaret.  I'm not sure whose name it is.

20   Q    Okay.  What happened while you were waiting

21   in the store, or the restaurant?

22   A    He asked me to move the Durango.  [I was] [moved]

23   Q    Who did?

24   A    Julio.

25   Q    Why did he ask you to move it?  [were you asked]

```
1      A    I don't know.  Someone ~~He just~~ said, can you move

2    this ~~for me~~, and I said sure.

3      Q    Where did you move it to?

4      A    I moved it up a couple spaces.

5      Q    Closer to the building?

6      A    Yes.

7      Q    Did you actually see the Mexicans come

8    around the side of the building and get in the car,

9    the Durango?

10     A    No, I did not see it myself.

11     Q    Okay.

12     A    Well, I wasn't looking for them.  Because I

13   don't know what they look like.  But I was in and

14   out.  And when I went outside a couple times to

15   have a cigarette, but, yeah, I wasn't looking.

16     ~~Q    Did Julio receive phone calls while he was~~

17   ~~in there?~~

18     ~~A    Yes.~~

19     ~~Q    Who were they from, do you know?~~

20     ~~A    I believe it was Marcia.~~

21     ~~Q    How do you know that?~~

22     ~~A    Because I believe Danielle mentioned once~~

23   ~~or twice that Marcia was on the phone.~~

24     ~~Q    Okay.  And was Marcia actually calling on~~

25   ~~Danielle's phone?~~
```

```
 1        A    Um.
 2        Q    And then Danielle would hand it to Julio,
 3    is that right?
 4        A    Yeah.
 5        Q    Say that clearly for me.  What happened?
 6        A    Marcia called -- I believe it was Marcia on
 7    Danielle's phone, and Danielle gave it to Julio.
 8        Q    Okay.  At some point did Marcia and
 9    Margaret and David return from Mexico?
10        A    Yes.
11        Q    And what happened then?
12        A    Then they came in and asked if we were
13    ready.
14        Q    Did they discuss something about the
15    police?
16        A    I'm not sure.  I can't really remember.  I
17    just know that the border patrol was like -- one of
18    them was in the parking lot, went to the
19    restaurant.
20        Q    Okay.  Did anyone give you directions as to
21    what to do if you're pulled over?
22        A    Yeah.  They said --
23        Q    Who is they?
24        A    Julio.
25        Q    What did Julio say to you?
```

that person

1    A    He said tell them that you're going - you
                  the                the
2    either came from my dad's house or my grandfather's
3    house, I can't reme4mber which one it was.    Or tell
4    them that you came from Rocky Point.
5         Q    Did you ~~guys~~ actually go to Rocky Point?
6         A    No.
7         Q    Did you cross the border at all?
8         A    No.
                        the
9         Q    Did you go to his family's house?
10        A    No.
                        this person
11        Q    Why would he give you a story to tell the
12   police?
13        A    I guess to cover up.
14        Q    To cover up what?
15        A    So ~~we wouldn't get~~ -- just to have a cover
16   up story.
17        Q    Okay.  When did you notice the people in
18   the back of the Durango?
19        A    Right when I got in. It was hot in there.
20        Q    How hot was it?
21        A    Pretty hot.
22        Q    Were the windows down or up?
23        A    Up.
24        Q    How hot was it today, do you know?
25        A    I think it was 104, 105 when we came here.

UNITED COURT REPORTERS, INC.
Serving all of Arizona (520) 792-2680
Case 4:07-cr-01204-DCB-CRP   Document 88-5   Filed 08/08/2008    Page 12 of 16

1    Q    Did you know that they were Mexicans who

2  illegally came in the country?

3    A    Oh, yeah, I didn't know how they were

4  coming in. I just knew they were illegal.

5    Q    Then what happened?  ~~Who drove?~~

6    ~~A    Who drove?~~

7    ~~Q    Who drove the Durango?~~

8    ~~A    Leaving?~~

9    ~~Q    Yes.~~

10    ~~A    Danielle.~~

11    ~~Q    Did Danielle drive the whole time?~~

12    ~~A    Yes.~~

13    ~~Q    Who drove the other car?~~

14    ~~A    We were already gone by the time they left.~~

15    ~~Q    Did you see --~~

16    ~~A    They walked out after us.~~

17    Q    Did you see anyone get into the Lincoln

18  ~~with them?~~

19    A    I did not (unintelligible).

20    Q    Okay.  When you were driving north, did

21  there come a time when some border patrol agents

22  got behind you?

23    A    Yes.

24    Q    Did you ~~guys~~ see that?

25    A    (Unintelligible) yes.

UNITED COURT REPORTERS, INC.
Serving all of Arizona (520) 792-2600
Case 4:07-cr-01204-DCB-CRP   Document 88-5   Filed 08/08/2008   Page 13 of 16

1      Q      And then what happened?

2      A      And we just kept driving and they pulled us ~~the car~~

3   over.

4      Q      Did anyone give you directions?

5      A      No, just (unintelligible).

6      ~~Q    Did Julio say anything?~~

7      ~~A    Um, it was a very nervous time.  I'm not~~

8   ~~sure if she just -- he said, is the lights on?~~

9   ~~Danielle was like, yeah.~~

10     Q      Where were you ~~guys~~ going?

11     A      ~~We were~~ I was headed toward 85.

12     ~~Q    Did Julio give you those directions or did~~

13  ~~someone else?~~

14     ~~A    Yeah, Julio gave it to me.~~

15     ~~Q    Who was giving you the directions as you~~

16  ~~were driving?~~

17     ~~A    Julio.  Just -- I wasn't driving, she was.~~

18     ~~Q    I'm sorry, I meant you and Danielle.~~

19            Did you know where you were going,

20  specifically?

21     A      When?

22     Q      To take the illegal Mexicans?

23     A      No, I just knew were headed back to Henmen.

24     ~~Q    Did anyone mention avoiding the border~~

25  ~~patrol checkpoint?~~

Page 14

1    A    ~~Julio did.~~ *Someone*

2    Q    What did ~~he~~ say specifically? *that*

3    A    ~~I believe it was -- he said~~ something about

4    ~~take~~ the other way because there's no border

5    ~~patrol.~~

6        Q    Anything else you want to add to what we

7    said?

8        A    I think that's it.

9        Q    You got to talk loud for me.

10       A    I think that's it.

11       Q    Any, you know, did I not give you time to

12   thoroughly answer any questions or anything like

13   that?

14       A    No, that was good enough.

15       Q    Would you like to add more to any of the

16   answers?

17       A    Not at this time.

18       Q    Okay.  It's now 23:44 hours, and this

19   concludes the interview.

20

21                    (End of Audio file)

22

23

24

25

```
1      STATE OF ARIZONA)

2                      ) SS:

3      COUNTY OF PIMA  )

4

5           BE IT KNOWN that I, ELIZABETH M. POPE, a

6      Notary Public in and for the State of Arizona,

7      listened to and transcribed the taped interview of

8      KEVIN HENDERSON, and the foregoing pages contain a

9      full, true and accurate transcription of said tape

10     to the best of my ability.

11          I FURTHER CERTIFY that I am not of counsel

12     nor attorney for either or any of the parties to

13     said cause or otherwise interested in the event

14     thereof; and that I am not related to either or any

15     of the parties to said cause.

16          Dated this 15TH day of November, 2007.

17

18          _____

19          ELIZABETH M. POPE

20          Notary Public

21

22

23

24

25
```

# Exhibit 5

TRANSCRIPT OF RECORDED INTERVIEW

BETWEEN AGENT FERNANDEZ AND MARGARET SHACKLETON

# ORIGINAL

BY:   ELIZABETH M. POPE, Notary Public

UNITED COURT REPORTERS, INC.
Court Reporting Service
(520) 792-2600 or (800) 759-9075

CONFERENCE ROOMS:
Suite 200
177 North Church Avenue

MAILING ADDRESS:
P.O. Box 17507
Tucson, Arizona 85731

```
 1              INTERVIEW OF MARGARET SHACKLETON

 2

 3    BY AGENT FERNANDEZ:

 4       Q    The following is a statement given before

 5    Border Patrol Agent Fernandez and Border Patrol

 6    Agent Sandez.

 7            This statement is given by Margaret

 8    Shackleton.  This is the case where she was

 9    apprehended as a driver of the vehicle alien

10    smuggling (unintelligible).

11            Margaret, before we ask you any questions,

12    you must understand your rights.  You have the

13    right to remain silent.  Anything you say can be

14    used against you in court for any immigration or

15    administrative proceeding.  You have the right to

16    talk to a lawyer for advice before we ask you any

17    questions and to have him with you during

18    questioning.  If you cannot afford a lawyer, one

19    will be appointed for you before any questioning if

20    you wish.

21            If you decide to answer questions now

22    without a lawyer present, you will still have the

23    right to stop answering at any time.  You also have

24    the right to stop answering at any time to talk to

25    your lawyer.
```

```
 1              Margaret, do you understand your rights?

 2        A    Yes.

 3        Q    Are you willing to make a statement without

 4   the presence of a lawyer at this time?

 5        A    Yes.

 6        Q    The time is now 2:43 p.m.  Date, May 31st

 7   -- a.m. (unintelligible).

 8              Can you please state your full name for

 9   the record?

10        A    Margaret Jean Shackleton.

11        Q    And when were you born?

12        A    August 19 (unintelligible).

13        Q    And what country are you a citizen of?

14        A    US.

15        Q    Okay.  So let's start from the beginning.

16   What was the purpose for you coming to Lukeville?

17        A    To give some people a ride.

18        Q    (Unintelligible) once -- we talked before,

19   you thought about meeting the guy in Tijuana,

20   Mexico meeting (unintelligible) your sister.  Can

21   you elaborate on that first as to how everything

22   went down, please?

23        A    I wanted to (unintelligible) with my sister

24   and --

25        Q    Who is your sister?
```

1      ~~A      Marcia.~~

2      ~~Q      Marcia what?~~

3      ~~A      Armstrong.~~

4           ~~And we went over to see her husband.~~

5      ~~Q      That's Julio, correct?~~

6      ~~A      Correct.~~

7           And then I guess next to where ~~we~~ I went to

8      go see ~~Julio~~ is the brother of some guy that

9      (unintelligible).  And he came up to us and asked

10     ~~us~~ if ~~we~~ I wanted to make money.

11     Q      For what, to do what?

12     A      To give some people a ride over at the

13     Arizona Border to Riverside.

14     Q      Was that -- those people illegal aliens or

15     Mexicans, Americans, Chinese, what were they?

16     A      They were Mexican.

17     Q      Mexican.  Illegal aliens?

18     A      (Unintelligible).

19     Q      (Unintelligible) They didn't say?  You

20     suppose?

21     A      They were people from Mexico, so I assuming

22     so.

23     Q      Well, now -- okay.  What else?

24           So you ~~guys~~ -- after he told you, you ~~guys~~

25     want to make some money to bring some people from

1       the Arizona border to (unintelligible).

2           A    I told him that I would think about it.

3       And he took my number.  And he kept calling and

4       calling and calling.  And I ignored the phone

5       calls.  And then I came down here to Lukeville to

6       meet him.  And then --

7           Q    How many times have you come down to meet

8       him prior to today?

9           A    Three times.

10          Q    Three times?  You go down to Sonoyta every

11      time, down to Mexico?

12          A    To where?

13          Q    Like you cross the border into Mexico to

14      meet him or you never found him or you didn't do

15      anything?

16          A    Yeah, I did cross the border.

17          Q    You did cross the border.  You met with

18      him?

19          A    Uh-huh.

20          Q    But you didn't --

21          A    He told me on the phone that I would come

22      over there and meet him and he would explain

23      everything to me.  And I told him, no, I don't have

24      gas money, I can't afford that.  And he goes, I'll

25      give you gas money.  Just come over here, and I'll

```
 1    explain it to you.  And if you want to do it or

 2    don't want to do it, it's going to be okay.

 3          So then I hope back in the

 4    (unintelligible), I came down here  And I told him

 5    I would think about it, I didn't do anything.  And

 6    then here I am today.

 7    Q    Did he give you money every time you came

 8    down, all three times before this time?

 9    A    He gave me gas money.

10    Q    Gas money.  All right.  When he told you he

11    was coming down to the Arizona border and pick up

12    those people and give them a ride, how did

13    everything go down?  How did those people that

14    were with you today got involved in this?  How did

15    everything go down?

16    A    Because I knew it was such a long drive,

17    and I asked Danielle and Kevin.

18    Q    Danielle was the one driving the---

19    A    I don't know who's driving it.  I'm not

20    sure.

21    Q    Oh, you don't know, okay.  But she was in

22    the other vehicle?

23    A    (Unintelligible) in the other vehicle.

24    Q    The blue --

25    A    Durango.
```

1      Q    ~~Durango.~~

2           ~~And Kevin and Julio were in the blue~~

3    ~~Durango, right?~~

4      A    ~~Right.~~

5      Q    Who's is your vehicle.  What sort of

6    vehicle is that?

7      A    A Lincoln.

8      Q    A Lincoln.  Black sedan Lincoln.  ~~Who was~~

9    ~~in the vehicle with you?~~

10     A    ~~My sister, her daughter, and my husband.~~

11     Q    When, uh, when you got to -- when you

12   left California, Henmen, this morning, did you talk

13   ~~to Danielle or Kevin or~~ to anybody else, uh --

14     A    ~~They knew~~ I was going to go give somebody a

15   ride.

16     Q    ~~Did they know that?~~

17     ~~A    They knew I was going to give somebody a~~

18   ~~ride.~~

19     ~~Q    Okay.  Were they going to do the same?~~

20     ~~A    No.  I asked them -- I told them that I~~ others

21   ~~would pay them a hundred bucks if they would go~~

22   ~~with me just to help me drive.~~

23     Q    ~~Just to come down and drive?  Who was~~

24   ~~supposed to drive northbound originally, what was~~
                 Who was going to drive?
25   ~~the plan?  Who was going to drive the vehicles~~

1    ~~north?~~

2        A     Me ~~and my sister.~~

3        Q     You ~~and your sister.~~  Were you going to

4    drive the black vehicle ~~or the~~ --

5        A     I was going to drive my vehicle.

6        Q     Okay.  ~~So she was going to drive the~~

7    ~~Durango.~~

8        ~~A     Un-hmm.~~

9        Q     What happened?  (Unintelligible).

10       A     Just (unintelligible) and I worried about

11   (unintelligible) and then, I don't know.  Then

12   I did it.  And then I was scared that you guys were

13   watching, ~~and I didn't want you guys to know that~~

14   ~~we were together with Danielle, because we didn't~~

15   ~~come across the border together.  So that's why, I~~

16   ~~didn't even turn around and look at the~~

17   ~~(unintelligible), I just asked her if she would~~

18   ~~drive.~~

19       Q     Your car was there (unintelligible) when

20   you got home?

21       A     No.

22       ~~Q     You asked her (unintelligible)?~~

23       ~~A     Un-hmm.~~

24       ~~Q     And she said yeah?~~

25       ~~A     Un-hmm.~~

1    Q    What happened after that?

2    A    ~~Then they left and~~ $\bar{t}$hen ~~we~~ $\bar{I}$ left.

3    Q    (Unintelligible).  What road were you going

4    to take back to California?

5    A    The guy told ~~us~~ *me* -- ~~we~~ *I* came here on 85, and

6    I know that there was a border check.  And I told

7    him that there's a border check, I don't want to do

8    that.  And then he told me, if you take 86 to 10,

9    there's nothing.

10    Q    Okay.  So going 85 to -- you mean 86, State

11    Route 86, then you go eastbound over to Tucson, one

12    I-10 then go up to Phoenix and California?

13    A    And I was really scared to --

14    Q    Had you ever driven that route before?

15    A    No.

16    Q    (Unintelligible)?

17    A    No.

18    Q    When you came down, before you left, what

19    happened when you left the restaurant, or the cafe?

20    A    Well, when I got to the car, I mean,

21    obviously I saw.  I had no idea that there was that

22    many people in my car.  I had no clue why that guy

23    was sitting up front.  I had no idea why there was

24    so many people up there.  Because there was no room

25    for me ~~and my sister~~, you know.  I didn't

UNITED COURT REPORTERS, INC.
Case 4:07-cr-01204-DCB-CRP   Document 88   Filed 08/08/2008   Page 10 of 17
Serving all of Arizona   (520) 623-9200

```
 1    understand that.  So these guys went beyond way too

 2    many people.  Okay.  I did not know that many

 3    people were coming, ~~either the Durango nor the~~

 4    ~~Lincoln~~.  I had no idea.  And I didn't even know

 5    that until I seen them all lined up against the

 6    wall, and I just thought, oh, my god.  And I had no

 7    idea.

 8        ~~Q    How was Julio, your sister's husband-in-~~

 9    ~~law, how are they related?~~

10        ~~A    Who, Julio?~~

11        ~~Q    Yeah, how are they involved?~~

12        ~~A    It's my sister's husband.~~

13        ~~Q    Your -- so you and your sister --~~

14        ~~A    Honestly, I don't know if Julio knew~~

15    ~~Julio.  It didn't seem like it.  It did not seem~~

16    ~~like it when we met in TJ.  I don't know if it was.~~

17    ~~I don't know if he knew them.  I don't know.~~

18        ~~Q    You say your sister and Julio are~~

19    ~~separated?  When did they get back together.~~

20        ~~A    Well, he comes and he'll visit for a while,~~

21    ~~and then he'll go back.~~

22        ~~Q    Oh~~

23        ~~A    And that's why David has a big problem with~~

24    ~~Julio, too, is because --~~

25        ~~Q    Now, your husband came with you, right?~~
```

1        ~~How is he involved?~~

2        ~~A    He's not.   Besides sitting in the car,~~

3    ~~that's it.~~

4        ~~Q    Did he know you were coming down to take~~

5    ~~those people (unintelligible).~~

6        ~~A    He did know, but he was somewhere~~

7    ~~(unintelligible).~~

8        ~~Q    When he go in the vehicle, did he see all~~

9    ~~those people in there.~~

10        ~~A    Well, he had to have.~~

11        Q    Were they all piled up?

12        A    Uh-huh.

13        Q    Did you see them, ~~too?~~

14        A    Yes.

15        Q    Did you see the guy that was in the

16    passenger side ~~as when your sister came in~~.

17    ~~(unintelligible).~~

18        A    I told that guy to get the hell out of my

19    car.

20        Q    Okay.  But he went to the back seat?

21        A    I told him to get out of my car.

22        Q    Okay.

23        A    Because there wasn't supposed to be that

24    many people in my car.  I was pissed.  I had no

25    idea.  It was supposed to be the husband, the wife

1    and the daughter.  That was it.  And I don't know.

2    I don't know why there was so many people.

3        Q    (Unintelligible) people (unintelligible).

4        A    I have no idea.

5        Q    When ~~was Julio~~ were you supposed to pay he id ~~you~~?

6        A    When ~~we~~ I dropped them off at the

7    (unintelligible).  ~~The (unintelligible).~~

8        Q    And you don't know how much?

9        A    No.

10       Q    Could have been 500, could have been a

11   thousand?

12       A    Could have been 200, could have been 500.

13   I don't know.

14       Q    And the vehicles you ~~guys~~ were driving, and

15   the Durango were ~~both of them are~~ registered to you ~~and your husband~~

16   ~~David?~~

17       A    Correct.

18            I just feel ridiculous because...

19       Q    Do you want to say anything for the record?

20       A    I don't know.  It just seemed so easy, you

21   know, just get in the car and leave.  I just want

22   to (unintelligible).  I already (unintelligible).

23       Q    Okay.  When Chuy said he was going to pay

24   you money to brig people north or to Riverside, at

25   what point do you know it had to be some either

```
 1    criminal or illegals or something that obviously
 2    you didn't want them, the law to know that they
 3    were going north, correct?
 4        A    Well, he never said anything.
 5        Q    But he was going to pay you to take people
 6    north?
 7        A    Right.
 8        Q    I mean, did you see the motor shuttle, the
 9    motor shuttle service, the service that is right
10    next to the cafe, there is like a shuttle service?
11    You know, you'd think that there was
12    (unintelligible).
13        A    I thought that was a tour, I thought that
14    was a tour place that took you to Rocky Point.
15        Q    Okay.  Well, wouldn't you think they would
16    be taking buses or taxis, something like that that
17    would not have to hide.  And at what point did you
18    realize you were taking somebody north that was not
19    supposed to go north?  (Unintelligible) told you he
20    was going to pay you money for?
21        A    I figured it out --
22        Q    Okay.  You just figured it out.  And then
23    assume that he was.  Do you know what
24    (unintelligible)?
25             Obviously you saw the -- in Mexico you saw
```

```
 1     the family?

 2         A    I only saw the family, that's it.  The

 3     other people I had never seen.

 4         Q    Right, but you did see the family that was

 5     in Mexico.  You knew they couldn't come across, so

 6     you fell for them and you gave them -- you wanted a

 7     ring or because you felt badly, so (unintelligible)

 8     bring them back (unintelligible)?

 9         A    (Unintelligible).

10         Q    You have to respond.

11         A    Yes.

12         Q    Once you come through, they came through,

13     you thought they piled up in your vehicle, so you

14     were going to take them north.  And then you didn't

15     know who was in your vehicle at the end.

16         A    No.

17         Q    How did you know the family was in your

18     vehicle?

19         A    The two guys, Chuy -- the two guys that

20     were with him walked in the restaurant.

21         Q    The guy with the gray --

22         A    When I walked out to the car, I had no idea

23     there was that many people.  I was pissed off.  I

24     told him to get out of my car.

25         Q    Now, you said Chuy's guys, is that the same
```

1    guy that had the gray shirt with the white stripe?

2        A    I don't know what -- I know he has longer

3    hair and he's really dark.  I don't know

4    (unintelligible).

5        Q    Is there anything else you want to say?

6        A    No.

7        Q    This concludes our statement.  Time is now

8    2:55 a.m.

9                    (End of Audio file)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1      STATE OF ARIZONA)

 2                      ) SS:

 3      COUNTY OF PIMA  )

 4

 5              BE IT KNOWN that I, ELIZABETH M. POPE, a

 6      Notary Public in and for the State of Arizona,

 7      listened to and transcribed the taped interview of

 8      MARGARET SHACKLETON, and the foregoing pages

 9      contain a full, true and accurate transcription of

10      said tape to the best of my ability.

11              I FURTHER CERTIFY that I am not of counsel

12      nor attorney for either or any of the parties to

13      said cause or otherwise interested in the event

14      thereof; and that I am not related to either or any

15      of the parties to said cause.

16              Dated this 15TH day of November, 2007.

17

18

19      ELIZABETH M. POPE

20      Notary Public

21

22

23

24

25
```

Elizabeth M. Pope
Notary Public
Pima County, Arizona
My Comm. Expires 2-25-2008